# RETURN OF SERVICE   CA B-01-21

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 03-09-01 |
| NAME OF SERVER (PRINT)  LINDA M. SALAZAR | TITLE  Civil Prosser |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

MAR 21 2001

Michael N. Milby
Clerk of Court

☒ Other (specify): Certify Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| —0— | | $50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-16-01
            Date

Signature of Server: Linda M. Salazar

Z 207 335 278

Address of Server: 4914 Boca Chica Blvd. Bro. TX

---

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to: Norma G. Davenport
Street & Number: 808 Travis St. STE 620
Post Office, State, & ZIP Code: Houston, Texas 77002

| Postage | $ .77 |
|---|---|
| Certified Fee | 1.90 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | 1.50 |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ 4.17 |

Postmark or Date: 03/09/01  B-01-021

PS Form 3800, April 1995

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Norma G. Davenport
   General Solicitor
   808 Travis Street, Ste 620
   Houston, Texas  77002

2. Article Number (Copy from service label)
   Z 207 335 278

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery
   Edie Garza                             3-16-01

C. Signature
   x Edie Garza       ☐ Agent  ☐ Address

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes