5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FORTINO GARCIA LEON and MARGARITA MARQUEZ LOZADA As Surviving Parents and As Representatives of the Estate of RICARDO GARCIA MARQUEZ, Deceased, Plaintiffs | * * * * * * * | |
| VS. | * * | CIVIL ACTION NO. B-99-055 01-21 |
| UNION PACIFIC RAILROAD COMPANY Defendant | * * | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, the Plaintiffs, FORTINO GARCIA LEON and MARGARITA MARQUEZ LOZADA As Surviving Parents and As Representatives of the Estate of RICARDO GARCIA MARQUEZ, Deceased, and Defendant, UNION PACIFIC RAILROAD COMPANY, in the above-entitled and numbered cause, appearing by and through their counsel of record, and file this their Joint Motion to Dismiss Plaintiffs' causes of action against Defendant, UNION PACIFIC RAILROAD COMPANY, with prejudice, for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between the Parties hereto.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, FORTINO GARCIA LEON and MARGARITA MARQUEZ LOZADA As Surviving Parents and As Representatives of the Estate of RICARDO GARCIA MARQUEZ, Deceased, and Defendant, UNION PACIFIC RAILROAD COMPANY, request that the Court enter an Order dismissing all claims against UNION PACIFIC RAILROAD COMPANY, with prejudice, with costs of court to be borne by each Party incurring such costs.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Jaime A. Saenz
Federal I.D. Number 7630
State Bar No. 17514859
1201 E. Van Buren Street
P.O. Box 2155
Brownsville, Texas 78522
Telephone No.: (956) 542-7441
Facsimile No.: (956) 541-2170

**ATTORNEYS FOR DEFENDANT
UNION PACIFIC RAILROAD COMPANY**

BY: _____
Ray Marchan
Federal I.D. Number 9522
State Bar No. 12969050
WATTS & HEARD, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 778520
Telephone No.: (956) 544-0500
Telefax No.: (956) 541-0255

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

Mr. Ray Marchan
Watts & Heard, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas 78520

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery, pursuant to the Federal Rules of Civil Procedure, on this the 30th day of _____, 2001.

_____
Jaime A. Saenz

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FORTINO GARCIA LEON and<br>MARGARITA MARQUEZ LOZADA As<br>Surviving Parents and As Representatives of<br>the Estate of RICARDO GARCIA MARQUEZ,<br>Deceased,<br>    Plaintiffs | *<br>*<br>*<br>*<br>*<br>*<br>* |
| VS. | *    CIVIL ACTION NO. B-99-055<br>* |
| UNION PACIFIC RAILROAD COMPANY<br>    Defendant | *<br>* |

## ORDER OF DISMISSAL

BE IT REMEMBERED that on this ____ day of _____, 2001, came to be heard Plaintiffs, FORTINO GARCIA LEON and MARGARITA MARQUEZ LOZADA As Surviving Parents and As Representatives of the Estate of RICARDO GARCIA MARQUEZ, Deceased, and Defendant UNION PACIFIC RAILROAD COMPANY, filed a Joint Motion to Dismiss With Prejudice and the Court being fully advised, said the Motion should in all things be **GRANTED**. It is THEREFORE,

ORDERED, ADJUDGED AND DECREED by the Court that the causes of action of Plaintiffs, FORTINO GARCIA LEON and MARGARITA MARQUEZ LOZADA As Surviving Parents and As Representatives of the Estate of RICARDO GARCIA MARQUEZ, Deceased, against Defendant, UNION PACIFIC RAILROAD COMPANY, be dismissed with prejudice, with costs of court to be borne by each Party incurring such costs.

SIGNED this the_____ day of_____, 2001.

_____
JUDGE PRESIDING

Copies to:
Ray Marchan
Jaime A. Saenz