IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FORTINO GARCIA LEON and MARGARITA MARQUEZ LOZADA As Surviving Parents and As Representatives of the Estate of RICARDO GARCIA MARQUEZ, Deceased, <br> Plaintiffs <br><br> VS. <br><br> UNION PACIFIC RAILROAD COMPANY <br> Defendant | United States District Court <br> Southern District of Texas <br> FILED <br><br> AUG 0 8 2001 <br><br> Michael N. Milby <br> Clerk of Court <br><br> 01-021 <br> CIVIL ACTION NO. B-99-055 <br><br> United States District Court <br> Southern District of Texas <br> ENTERED <br><br> AUG 1 0 2001 <br><br> Michael N. Milby, Clerk of Court <br> By Deputy Clerk |

## ORDER OF DISMISSAL

BE IT REMEMBERED that on this 8th day of August, 2001, came to be heard Plaintiffs, FORTINO GARCIA LEON and MARGARITA MARQUEZ LOZADA As Surviving Parents and As Representatives of the Estate of RICARDO GARCIA MARQUEZ, Deceased, and Defendant UNION PACIFIC RAILROAD COMPANY, filed a Joint Motion to Dismiss With Prejudice and the Court being fully advised, said the Motion should in all things be **GRANTED**. It is THEREFORE,

ORDERED, ADJUDGED AND DECREED by the Court that the causes of action of Plaintiffs, FORTINO GARCIA LEON and MARGARITA MARQUEZ LOZADA As Surviving Parents and As Representatives of the Estate of RICARDO GARCIA MARQUEZ, Deceased, against Defendant, UNION PACIFIC RAILROAD COMPANY, be dismissed with prejudice, with costs of court to be borne by each Party incurring such costs.

SIGNED this the 8th day of August, 2001.

_____
JUDGE PRESIDING

Copies to:
Ray Marchan
Jaime A. Saenz